UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :

    - v. -                              :   PRIOR FELONY INFORMATION

RICHARD HERNANDEZ,                      :   06 Cr.

        Defendant.

        **06 CRIM. 838**

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    The United States Attorney charges:

    On or about December 5, 2003, in the United States District Court for the Southern District of New York, RICHARD HERNANDEZ, the defendant, was convicted of a felony under the laws of the United States relating to narcotic drugs, to wit, Conspiracy to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 846, and Distribution or Possession of a Controlled Substance With Intent to Distribute, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(B), for which he received a sentence of sixty months' imprisonment.

    Accordingly, RICHARD HERNANDEZ, the defendant, is subject to the enhanced penalties of Title 21, United States Code, Section 841(b)(1)(A).

    (Title 21, United States Code, Section 851.)


Dated: New York, New York
      May 30, 2006


                                      /s/ Michael J. Garcia
                                      MICHAEL J. GARCIA
                                      United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED