ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

    - v -                         :        NOTICE OF INTENT TO
                                            FILE AN INFORMATION
RICHARD HERNANDEZ,               :

        Defendant.           :

- - - - - - - - - - - - - - - - - x

**06 CRIM. 838**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
          May 18, 2006

                           MICHAEL J. GARCIA
                           United States Attorney

                By: _____
                     HARRY SANDICK
                     Assistant United States Attorney

                AGREED AND CONSENTED TO:

                By: _____
                     BENJAMIN HEINRICH
                     Attorney for Richard Hernandez

JUDGE KARAS

JUDGE KARAS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/06

8/16/06 WHEEL A