UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :

      -v.-                              :       06 Cr.

RICHARD HERNANDEZ,                      :

                             Defendant.   :
- - - - - - - - - - - - - - - - -x

**06 CRM 838**

       RICHARD HERNANDEZ, the above-named defendant, who is accused of violating Title 18, United States Code, Sections 1951, 924 and 2, and Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

**JUDGE KARAS**

                                            _____
                                                   Defendant

                                            _____
                                                     Witness

                                            _____
                                                 Counsel for Defendant

Dated:    New York, New York
            September 20, 2006

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 0 2006
```

0293