UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

Richard Hernandez,

       Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

06 Cr. 838 (KMK)

TO:    Clerk of Court
          United States District Court
          Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
  Southern District of New York

by: _____/s/_____
     JESSICA A. MASELLA
     Assistant United States Attorney
     Phone: (212) 637-2288
     Fax: (212) 637-0084

TO:    Counsel
          By ECF